**UNITED STATES of America**

v.

**Terrance BRANCH, Appellant.**

No. 04–2160.

United States Court of Appeals,
Third Circuit.

Argued Dec. 13, 2004.

Decided Jan. 20, 2005.

Certiorari Granted May 16, 2005.

Judgment Vacated and Remanded from
the Supreme Court of the United
States May 24, 2005.

Submitted Pursuant to Third Circuit
LAR 34.1(a) July 8, 2005.

Decided July 12, 2005.

Office of United States Attorney, Wilmington, DE, for United States of America.

Eleni Kousoulis, Office of Federal Public Defender, Wilmington, DE, for Terrance Branch.

Before: *NYGAARD, BECKER, and ROSENN, Circuit Judges.

OPINION OF THE COURT

ROSENN, Circuit Judge.

Appellant Terrance Branch was convicted of possessing a firearm in violation of 18 U.S.C. § 922(g)(1) in the United States District Court for the District of Delaware. He was tried by jury and subsequently sentenced to 120 months in prison. Branch timely appealed his conviction to this Court, but did not challenge his sentence.

We affirmed his conviction in *United States v. Branch*, 120 Fed.Appx. 920, 922 (3d Cir.2005). The Supreme Court granted certiorari. In *Branch v. United States*, — U.S. —, 125 S.Ct. 2281, 161 L.Ed.2d 1055 (2005), the Supreme Court vacated the judgment and remanded for further consideration in light of *United States v. Booker*, 543 U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

After further consideration, we reaffirm the District Court's judgment of conviction for the reasons set forth in our opinion of January 20, 2005. However, in light of *Booker*, the appellant's sentence must be reviewed and its appropriateness ascertained. Because we believe that this is best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. *United States v. Davis*, 407 F.3d 162, 165 (3d Cir.2005) (en banc).

* The Honorable Judge Richard L. Nygaard assumed senior status on July 9, 2005.